UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-02849 AHM (RZx) | Date | February 7, 2013 |
|---|---|---|---|
| Title | AMARDEEP GARMENT INDUSTRIES PVT LTD et al v. CATHAY BANK | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    The Court hereby vacates the January 8, 2013 Order on Stipulation for Extension of Time to File Motion for Partial Summary Judgment, Responses and Replies[1] and resets the briefing schedule and hearing date as follows.  The Defendant's full opposition to the Plaintiffs' motion for partial summary judgment shall be filed no later than February 25, 2013.  The Plaintiffs' full reply to the Defendant's response shall be filed no later than March 11, 2013.  No additional briefing on the motion will be accepted. The hearing on Plaintiffs' motion will be held on March 19, 2013 at 1:30 p.m. in Courtroom 14.

    Plaintiff shall file a stand-alone motion for reconsideration by February 11, 2013.  Briefing on that motion shall follow the standard 28-day briefing schedule.

                                                                                                   :

                                      Initials of Preparer                        SMO

---

[1] Dkt. 67.